RECEIVED
2005 OCT 12 A 8:48

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Patrick Smith  AIS# 207460
Full name and prison number
of plaintiff(s)

v.

Gwendolyn Mosley: Warden

Sharon Blakeley: Mail Clerk

Kenneth Sconyers: Captian

Receiving Officer Rogers: Col.

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05cv976-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (  )  NO ( X )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (  )  NO ( X )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) N/A

            Defendant(s) N/A

        2.  Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number **NA**

4. Name of judge to whom case was assigned **NA**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

6. Approximate date of filing lawsuit **NA**

7. Approximate date of disposition **NA**

II. PLACE OF PRESENT CONFINEMENT **EASTERLING CORRECTIONAL CENTER, 200 WALLACE DR. Clio, ALA 36017**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **EASTERLING CORRECTIONAL CENTER, 200 WALLACE DR, Clio, ALA 36017**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. **GWENDOLYN MOSLEY, 200 WALLACE DR, Clio, AL 36017**
2. **SHARON BLAKELEY, 200 WALLACE DR, Clio, AL 36017**
3. **KENNETH S CONERS, 200 WALLACE DR, Clio, AL 36017**
4. **ROGERS, 200 WALLACE DR, Clio, AL 36017**
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **APPROX August 2ND OR 3RD**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **TAMPERING WITH UNITED STATES FEDERAL MAIL BEING CERTIFIED LETTER AND LEGAL MAIL.**

2

Ground #1. Supporting Facts

For approx [21 days] Plaintiffs sister never received the mail in question. Plaintiff had sent the certified receipe to sister and she called Post Master General in Birmingham he said the letter had never been received at his post office.

The Defendants have been known to tamper with legal mail going and comeing threw this Institution, legal mail has been opened before inmates receive it, because the Defendants thanks it concerns them, they do not care about federal mail laws and its not for security reasons. Defendants S.O.P reads they have to open this mail in front of inmate. When Plaintiff went back to mail room to ask why plaintiff mail had not gone out. Defendants came up with envelope it had never left the Institution the stamps had never been stamped at a post office. Defendant Ms Blakeley had made plaintiff put [15] stamps on letter to certify it. Defendant Captian Sconers tryed to get or make plaintiff sign and take the letter back. Plaintiff did not take it because defendants was trying to cover up what they had done. Then they sent Cot Rogers receiveing officer and Ms Blakely boyfriend to try and make plaintiff to to take the letter by doing a property sheet. If plaintiff had done this then he would have had to mail it home costing more stamps or they could have destroyed it. Plaintiff did not sign for it.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Plaintiff toke a big envelope addressed to Plaintiffs sister In Birmingham, AL. She never received envelope. Plaintiff went to mail clerk, to get this letter certified. It was a big confussion about this Ms Blakeley wanted to keep Plaintiff's receipe, while this was going on Plaintiff waited

GROUND TWO: _____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

3

VI. THE DEFENDANTS HAVE BEEN KNOWN TO DO THIS. CRIMINAL CHARGES PLACED ON DEFENDANTS. IF THEY ARE FOUND GUILTY. THE VALUE OF PLAINTIFFS [15] STAMPS, TIME AND TROUBLE STRESS THEY THE DEFENDANTS HAVE CREATED.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like a complete criminal investigation done concerning this. I would like a restraining order placed on defendants to keep them from retaliating on plaintiff

_Patrick L Smith_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 6th, 2005.
(Date)

_Patrick L Smith_
Signature of plaintiff(s)

4