IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PATRICK SMITH,       ) | |
|       ) | |
|   Plaintiff,       ) | |
|       ) | CIVIL ACTION NO. |
|   v.       ) | 2:05cv976-T |
|       ) | |
| GWENDOLYN C. MOSLEY,       ) | |
| et al.,       ) | |
|       ) | |
|   Defendants.       ) | |

**ORDER**

It is ORDERED that the motion for temporary restraining order, contained in the plaintiff's complaint (Doc. No. 1), is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 13th day of October, 2005.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE