In the District Court of the
United States for the Middle
District of Alabama N.D.

2005 OCT 24 A 9:43

Patrick Smith #207460.         (
    Plaintiff                  (
                               (                05-976
                               (
    V.S.                       (
                               (       CASE # CV-976-T
                               (                 WO
Gwendolyn C. Mosley, et AL.    (
    Defendants                 (
                               (
                               (

## Motion For Extension Of Time

Comes Now PATRICK SMITH Files This Proper Motion For A Extension Of Time, As Was Recomended By The Courts On [13th Day Of October, 2005]. Plaintiff Gives The Following Reasons For Extension Of Time.

### Reasons

[#1.] Plaintiff Has To Have A Few Days Extension Because, Plaintiff Has To Write His Sister In Birmingham To Get The Money Sent To Plaintiff.

[#2.] When Money Is Received At Easterling Correctional It Takes From [Two] To [Four] Days For It To Be Posted On Plaintiff's P.M.O.D Account.

## Conclusion

PLAINTIFF PRAYS THIS COURT WILL TAKE THIS INTO CONSIDERATION AND GRANT THE EXTENSION OF TIME. It is HARD TO get Things DONE ON Administrative LEVEL HERE At EASTERLING CORRECTIONAL CENTER BECAUSE OF THE LEVEL OF ABUSE AND VIOLATION OF Constitutional Rights.

EXCUTED: October, 17, 2005           PLAINTIFF: Patrick L Smith

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING Is TRUE AND CORRECT TO THE REST OF MY KNOWLEDGE.

WITTNESS: Anthony Anderson    PLAINTIFF: Patrick L Smith

EXCUTED: October, 17, 2005