Patrick Smith A.I.S. #207460
(Civil Action No. 2:05-CV-976-T)
Easterling Correctional Facility
200 Wallce Drive
Clio, Alabama 36017

December 28, 2005
7:00 a.m. E.S.T.

Honorable Judge Boyd:

I hereby Patrick Smith request that I be granted another extension. The mail process here at (Easterling Correctional Facility) has been slow. Often the mail (particularly mine) has been held back for no apparent reason. Also, sending mail out has been a problem for me; because of this claim I have filed. I have notified family members, and they are going to foward filing fee to the court. I pray, Honorable Judge Boyd, that you grant this petition; because Justice will be served in this matter, and under the Constitution of the United States, all citizens have a right to a fair and just hearing. I appreciate your cooperation in this matter.

Respectively
Mr. Patrick L Smith