05-976

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

RECEIVED
2005 DEC 23 A 9:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

December 2005
6:30 p.m. E.S.T.
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

Honorable Judge Delores R. Boyd:

This letter is in response to the first one I sent out. I have recently have been relieved on srestictive punishment by this administration here at Easterling Correctional Facility. I (Patrick Smith) suppose to have come off restrictions on December 8, 2005. I was given (30) days restictive punishment on November 9, 2005; for an offense I didn't committ. I have gotten contact with family members concerning my filing fee. My family members have sent me an money-order to cover the filing fee. Enclosed are copies of money-order receipt and copies of (Funds Withdraw Slip), and request slip, requesting funds withdrawal.

This administration have tried every attempt to discourage me (Patrick Smith) from moving foward with this Civil Action. This administration have placed me (Patrick Smith) in a Hostile situation; I was moved out of one dorm for protective reasons; And now I'm placed back in the same dorm I was taken out of in the first place for protective reasons. The administration here uses (inmates) as tools to carry out their objective. Also, they plant (Contra Band) on certain individuals to confine them in restrictive measures.

Honorable Judge Boyd, I don't know how long it will take for the (accountant) here at Easterling Correctional Facility to make the withdrawal, I'm asking your patience in this situation. This Administration uses (Communist Style Patics) to suppress anyone oppose to their Law Breaking Ways.

I'm determined to follow through with my Civil Action. Justice will prevail; in the end it always does. I pray that this letter find you in good spirits. Remember, this country (United States of America), was built on Freedom and Democracy for all. Thank you.

Respectively
Mr. Patrick L. Smith

December 10, 2005: Approxiatley between 9:00 a.m. or 10:00 a.m.; I was released from (6A) restrictive detention and moved to 6B-121. Contact was made with family members.

December 15, 2005: Approxiatley 8:25 p.m. I (Patrick Smith) received money-receipt from money-order sent to me (Patrick Smith). Also Money was deducted for filing fee.

Ⓐ. Receipt # 2006003601
Ⓑ. Deposit Sent By: THelma Smith
Ⓒ. Deposit Document: U.S. P.O. Money-order
Ⓓ. Case #: 2005CV976T    Doc. #: 08322285712
Ⓔ. Posted by Myra Peters - Accountant

## FUNDS WITHDRAWAL REQUEST
## EASTERLING CORRECTIONAL FACILITY
## 200 WALLACE DRIVE
## CLIO, ALABAMA 36017

NAME PATRICK Smith AIS # 207460 DORM # 6-B-121

REQUESTED FOR: ( ) HOBBYCRAFT SUPPLIES    ( ) COPIES

( ) FAMILY MEMBERS    (✓) OTHER—Explain Briefly I need $10.67 deducted out of my PMOD account.

BRIEF EXPLANATION FOR REQUEST I need to pay my fee.

*************************************************************
AMOUNT OF FUNDS YOU WANT DEDUCTED $ 2.67

NAME TO SEND TO United States District Court

ADDRESS: P.O. Box 711 (No. 2:05-CV-976-T) Montgomery, Alabama 36101-0711
*************************************************************
APPROVED     DENIED     WARDEN_____
*************************************************************
INMATE SIGNATURE Patrick Smith  DATE 12-15-05

SIGN IN PRESENCE OF OFFICER OR SUPERVISOR

SIGNATURE OF WITNESS: _____
DOC PERSONNEL                Print Name & Sign

ATTACH STAMPED-ADDRESSED ENVELOPE IF APPLICABLE
PUT IN REQUEST BOX

Duplicate Copy

INMATE REQUEST SLIP

Name PATRICK Smith   Quarters 6-B-121   Date 12-15-05
AIS # 207460

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (✓) Other

Briefly Outline Your Request - Then Drop In Mail Box

Mrs. Peters:
I'm requesting that these funds be withdrawn out of my P.M.O.D. account. Please take care of this matter A.S.A.P.; I want to thank you for your cooperation.
Note: $8.00 dollars was deducted from P.M.O.D. account Dec 15, 2005
Bal. $2.67 = $10.67

Do Not Write Below This Line - For Reply Only

RECEIVED 2005 DEC 23 A 9:42
DEBRA P. [illegible]
U.S. DISTRICT
MIDDLE [illegible]

Pay Phone    Collect Call

Approved    Denied

Request Directed To: (Check One)
( ) Warden              ( ) Deputy Warden         ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

N176