IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK SMITH, #207460,              )
                                     )
    Plaintiff,                   )
                                     )
v.                                   )        2:05-CV-976-T
                                     )
GWENDOLYN C. MOSLEY, et al.,         )
                                     )
        Defendants.             )

**ORDER ON MOTION**

      Upon consideration of the motion for extension of time filed by the plaintiff on December 23,

2005 (Court Doc. No. 10), and for good cause, it is

      ORDERED that this motion be and is hereby GRANTED.  It is further

      ORDERED that the plaintiff is GRANTED an extension from December 19, 2005 to and

including January 4, 2006 to file the initial partial filing fee.

      Done this 5th  day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE