| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Sharon Blakely  1-06-06 |
| 1. Article Addressed to:<br><br>Kenneth Sconyers<br>Easterling Correctional Facility<br>200 Wallace Drive<br>Clio, AL  36017-2615<br><br>CaO  05-976 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0000 5269 1977 |

PS Form 3811, February 2004        Domestic Return Receipt         102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Sharon Baker                    1-06-06 |
| 1. Article Addressed to:<br><br>CO I Rogers<br>Easterling Correctional Facility<br>200 Wallace Drive<br>Clio, AL   36017-2615<br><br>C & O   05-976 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail     ☐ Express Mail<br>  ☐ Registered         ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail       ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)           ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 0390 0000 5269 1960 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sharon B[...]
C. Date of Delivery: 1-06-06

1. Article Addressed to:

   Gwendolyn Mosley
   Easterling Correctional Facility
   200 Wallace Drive
   Clio, AL  36017-2615

   C+0  05-976

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0000 5269 1984

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sharon Blakeley
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017-2615

C+O  05-976

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Sharon Blakeley              1-06-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0000 5269 1953

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540