IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK SMITH, #207460 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| Vs. | )    CIVIL ACTION NO.2:05-CV-976-T |
| | ) |
| GWENDOLYN MOSLEY,et.al., | ) |
| | ) |
|     Defendants. | ) |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Kenneth Sconyers,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Kenneth Sconyers</u> and I am presently employed as a <u>Correctional Officer Supervisor II,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On approximately September 21 or 22, 2005, Sharon Blakely, Easterling Correctional Facility Mail Clerk, presented me with an envelope which was addressed to Thelma Smith, 1469 Pearson Ave. SW, Apt. K, Birmingham, Alabama, from inmate Patrick Smith, #207460 (Thelma Smith and Patrick Smith are listed as siblings in inmate Patrick Smith's Institutional File). Ms. Blakely pointed out to me that the letter had been certified, but that it had been returned to the facility because the intended recipient had not responded to repeated notifications of certified mail, and had not attempted to receive the certified letter at the specified Post Office. Upon return of the letter to the institution, it was examined by the mail clerk like all incoming or returned letters (excluding legal mail, which is opened in the presence of the inmate). Inmate Smith's returned letter was not to an attorney, clerk of a court, or any recognizable legal entity.



DEFENDANT'S
EXHIBIT
b

Affidavit-Kenneth Sconyers
Civil Action No.2:05-CV-976-T
Page 2

In the past, inmates have attempted to utilize the mail as a means of introducing contraband into the facility by using false mailing addresses in order to have mail returned to them. When referred to me by Ms. Blakely, I discussed the matter with inmate Smith who insisted that the mail clerk never mailed the letter, and that she should never have opened the letter in his absence. Inmate Smith's claim that his mail never left the institution was completely false. I advised inmate Smith that the letter was being returned to him and that it was his option to keep, destroy, or attempt to mail it again to its intended recipients. Inmate Smith refused to accept custody of the letter, told me that I could do what I wanted to do with it, and threatened that he would initiate legal action.

In the presence of Inmate Smith, I instructed Officer Wayne Rodgers, Property Officer, to secure the property in the Inmate Property Room and allow him the opportunity to receive the property, mail it from the facility, or have it destroyed after thirty (30) days in accordance with property room procedure. Inmate Smith adamantly refused to take any responsibility as to the disposition of the letter. The letter remains in the Inmate Property Room (see Exhibit 1). Inmate Smith's accusations of a cover up or wrongdoing is ludicrous and without merit.

_____
Kenneth Sconyers

SWORN TO AND SUBSCRIBED TO before me this the 19th day of January, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07



Patrick J. Smith A.I.S. #237460 7B-91
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

CERTIFIED MAIL
7000 0520 0013 5479 3173

This correspondence is from Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the subject or content of the enclosed communication.

RETURN TO SENDER

Should have been marked __Unclaimed__

Thelma Smith
1469 Pearson Avenue S.W. APT. K
Birmingham, Alabama 35211

Please Do Not Bend!!!

FINAL NOTICE

did Arrive In
B'ham 1st
Att 3:46 P.M
1st Notice
9-13
2nd Notice attempt
9-21
3:13 P.M.

TEST EARLY FOR SICKLE CELL

EXHIBIT 1   2:05-CV-976-T