IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK SMITH, #207460 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION NO.2:05-CV-976-T |
| ) | |
| GWENDOLYN MOSLEY, et.al., ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Sharon Blakely</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Sharon Blakely</u> and I am presently employed as a <u>ASAI (Mail Clerk)</u>, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On August 30, 2005 at approximately 1:15 PM, I, Ms. Sharon Blakely, Mail Clerk at Easterling Correctional Facility certified a letter for inmate Patrick Smith, B/207460, addressed to Thelma Smith, 1469 Rearson Avenue SW, Apt. K, Birmingham, AL 35211. Approximately five (5) days later, inmate Smith stated to me that his mail had not reached its destination. I informed inmate Smith to give his letter fifteen (15) days before inquiring about it. Inmate Smith returned back after fifteen (15) days and informed me that his letter had not reached its destination. I informed inmate Smith that I needed his certified receipt to take to the post office. Inmate Smith stated that he did not want me to have his certified receipt. I advised him that I needed the certified number and the address to where it was mailed. Inmate Smith let me copy the number and address from his receipt. Approximately three (3) or four (4) days later, inmate Smith's



DEFENDANT'S EXHIBIT C

Affidavit – Sharon Blakely
Civil Action No. 2:05-CV-976-T
Page 2

letter was returned back to Easterling Correctional Facility. I examined the letter, like all incoming or returned mail (excluding legal mail, which is opened in the presence of the inmate). Inmate Smith's returned mail was not to an Attorney, Clerk of a Court, or any other recognizable legal agency.

I called inmate Smith to the Mail Room, where I informed inmate Smith that his mail had returned. Inmate Smith refused to accept the mail. I presented the mail to Captain Kenneth Sconyers and informed him of the incident concerning inmate Smith. I have not tampered with any inmate's legal mail.

_____
Sharon Blakely

SWORN TO AND SUBSCRIBED TO before me this the 20th day of January 2006.

_____
NOTARY PUBLIC

My Commission Expires: 03/31/06.