IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK SMITH, #207460 ) | |
| Plaintiff, ) | |
| Vs. ) | CIVIL ACTION NO.2:05-CV-976-T |
| GWENDOLYN MOSLEY, et.al., ) | |
| Defendants. ) | |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Wayne Rodgers,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Wayne Rodgers</u> and I am presently employed as a <u>Correctional Officer I,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

The only knowledge that I have about this situation is that I was instructed by Captain Sconyers to give inmate Patrick Smith, B/207450 a property sheet. Inmate Smith refused to sign the property sheet or take a copy of the property sheet on the certified mail. The dates on the envelope were showing where the mail was not accepted at the address it was to be delivered to.

_____
Wayne Rodgers

SWORN TO AND SUBSCRIBED TO before me this the 20th day of January, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07



DEFENDANT'S EXHIBIT d