```
                         DISPLAY INMATE SUMMARY DATA            **PRODUCTION**
 06/FEB/2006     10:02:46      CDSUM     499    L-TARA      CDSUM01    604
-------------------------------------------------------------------------------
 AIS: 00207460A  INMATE: SMITH, PATRICK                  RACE: B   SEX:  M

INST: 041-EASTERLING CORRECTIONAL CENTER JAIL CR: 0112D DOB: ▓▓▓▓▓▓▓5
SSN: ▓▓▓▓▓▓▓4 PAR CONS DT: 05/2007   CURR CUST: MED2   CURR CUST DT:12/09/2004
ALIAS: SMITH, PATRICK L                 ALIAS: SMITH, PATRICK LANCE
ADM TP: NEW COMIT FROM CRT W/O REV OF  STATUS: NEW COMIT FROM CRT W/O REV OF
INIT SENT DT:09/21/2004 ADM DT: 09/21/2004 DEAD TIME: 00Y 00M 00D
                                  N                                       TY
COUNTY      SENT DT    CASE    L  CRIME                        TERM       PE
JEFFERSON   09/21/2004 001215  Y  POSS CONTROL SUBSTANCE       15Y00M00D  CS



                    NO MORE RCDS THIS TYPE AVAIL
 INMATE HAS 001DISCIPLINARIES RESULTING IN LOSS OF 000Y00M00D OF GOOD TIME.
 INMATE HAS 002TRANSFER RECORDS ON FILE.
 INMATE HAS 00 DETAINER/WARRANT RECORDS ON FILE.
  TOTAL  TERM  REV GOOD TIME  MIN REL DT   TOT GOOD TIME  SHORT DATE  LONG DATE
 015Y 00M 00D  000Y 00M 00D   02/06/2009   002Y 09M 23D   02/06/2009  05/28/2019
```

DEFENDANT'S EXHIBIT e  (Blumberg No. 5114)