# ALABAMA

# DEPARTMENT OF CORRECTIONS



# INMATE HANDBOOK

*Published by Research and Planning*
*June 9, 2003*


DEFENDANT'S EXHIBIT 9

Case 2:05-cv-00976-WKW-DRB   Document 16-8   Filed 02/06/2006   Page 2 of 3

# INMATE HANDBOOK INDEX

# INMATE HANDBOOK INDEX

| NUMBER | TITLE | Page |
|---|---|---|
| **GENERAL INFORMATION** | | 1 |
| 001 | Introduction | 2 |
| 002 | Reception Process | 3 |
| 003 | Institutional Classification Unit | 5 |
| 004 | Institutional Corrections & Social Service Staff | 7 |
| 005 | Custody Classifications | |
| **INSTITUTIONAL LIVING** | | 10 |
| 100 | Institutional Living | 11 |
| 101 | Living Assignment | 12 |
| 102 | Personal Appearance | 13 |
| 103 | Clothing | 14 |
| 104 | Dining Hall | 15 |
| 105 | Visitation | 16 |
| 106 | Correspondence | 17 |
| 107 | Packages and Money | 18 |
| 108 | Checking of Mail and Packages | 19 |
| 109 | Canteen | 20 |
| 110 | Trading, Gambling, and Bartering | 21 |
| 111 | Recreation | 22 |
| 112 | Law Library | 23 |
| 113 | Religion | 24 |
| 114 | Medical Treatment | 25 |
| 115 | Educational and Vocational Training | |
| **LEAVES AND PASSES** | | 26 |
| 200 | Leave and Pass Program | |
| **COMMUNITY PROGRAMS** | | 28 |
| 300 | Work Release Community Based Facilities | 29 |
| 301 | Supervised Intensive Restitution (SIR) | |
| **REDUCTION OF SENTENCE** | | 30 |
| 400 | Good Time Deductions From Sentences | 31 |
| 401 | Parole | |
| **INSTITUTIONAL RULES AND INMATE BEHAVIOR** | | 33 |
| 500 | Conduct Reports | 35 |
| 501 | Schedule of Rules and Violations | 46 |
| 502 | Authorized Punishments for Minor Violations | 47 |
| 503 | Authorized Punishments for Major Violations | 28 |
| 504 | Institutional Disciplinary Procedure | 49 |
| 505 | Segregation Review Board | |
| **RELEASE** | | 50 |
| 600 | Dischage | |
| **INMATE SUPPORT GROUPS** | | 51 |
| 700 | Alabama Volunteers in Corrections (AVIC) | |

| Number 108 | **CHECKING OF MAIL AND PACKAGES** |
|---|---|

The Department's policy of examining mail and packages is in compliance with pertinent court orders affecting the Department while giving you as much privacy as can be given to you as an individual. The Warden of the prison you are assigned to has the authority to order examination of your mail or packages to the extent that is necessary to protect institutional security. Official mail is subject to verification. Mail to and from public officials or an attorney at law licensed to practice in the State of Alabama will not be opened except in the presence of the inmate addressed.