IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK SMITH, #207460, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-976-WKW |
| | )    (WO) |
| GWENDOLYN C. MOSLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 14, 2006, the Magistrate Judge filed a Recommendation (Doc. # 18) in this case to which no timely objections have been filed. Upon an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims are DISMISSED without prejudice for failure to prosecute and failure to comply with orders of the Court.

An appropriate judgment will be entered.

Done this the 6th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE