IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA

Patrick Smith, #207460
Plaintiff,

vs.

Case No.: 2:05cv976-WKW

Gwendolyn C. Mosley,
Defendants.

## MOTION FOR CLARIFICATION OF FILING FEES

This is being filed in reference to my paying and payment of finling fees in the above styled case and Patrick Smith requests the Court to notify his Keeper, the Department of Corrections, that 20% of his income is taking for filing fees in this case after the first $10.00. (emphasis)

Additionally, Patrick Smith request to know what Receipt 113656 for $12.00 is for. Moreover, he request the Balance of his Filing Fee account in this case with a computer printout of all monies that have been received.

Finally, Patrick Smith thanks the Court for its indulgence in the above matters cause he believes more of his money is being taking by DOC than they are suppose to be taking.

Respectfully submitted this the 24 day of April 2007.

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 24TH DAY OF APRIL 2007.

Patrick Smith # 207460

Notary Public

10/29/09
My Commission Expires

### Certificate of Service

This is to certify a copy of the foregoing was served upon:

Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36130

By placing copy of same in U.S. Mail postage paid and properly addressed this the 24 day of April 2007.

Patrick L Smith A.I.S. # 207460

May 10, 2007
8:00 p.m. C.S.T.
Elmore Correctional Facility

To Whom It May Concern: Attention Debra P. Hackett Clerk;

This letter is in reference to the Motion filed concerning C.O.P. Roll-Back Deduction. I have not received any Roll-Back Deduction since leaving Easterling Correctional Facility. I received all roll-back deductions at Easterling Correctional Facility. I have not yet recieved a Roll-Back from my Federal Deduction here at Elmore Correctional Facility. I arrived here at Elmore Correctional Facility on April 3, 2006. It's been over a year. The C.O.P. Roll-Backs are done on a monthly basis. I asking this Honorable Court to correct this discrepancy concerning filing fees. Thank you!!!

Respectively
Mr. Patrick L. Smith

Patrick L. Smith A.I.S. #207744
10-10th Avenue West
Birmingham, Alabama
35204

Attention: Clerk -
Mrs. P. Hackett

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711