IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK SMITH, #207460, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-976-WKW |
| | ) |
| GWENDOLYN C. MOSLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for clarification of filing fees filed by the plaintiff on May 15, 2007 (Court Doc. No. 21), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent addressed by this order. The plaintiff is hereby advised that he is required to pay the entire amount of the requisite filing fee from all funds which become available to him during his incarceration. The filing fee is obtained by "payments of 20 percent of each preceding month's income and/or funds credited to [the plaintiff's inmate] account" being made to this court by correctional officials. *October 13, 2005 Order - Court Doc. No. 4* at 3. To this end, "[t]hose persons having custody of the plaintiff shall forward the above described payments from the plaintiff's account to the clerk of this court each time the amount in the plaintiff's account exceeds $10.00 until the $250.00 filing fee is paid in full." *Id*. The plaintiff is further advised that: (i) receipt number 113656 demonstrates receipt by this

court of a $12.00 partial payment towards the remaining balance owed on the $250.00 filing fee; (ii) this court has no record of any deposits made to his inmate account since the filing of this case and, therefore, cannot provide any information with respect to the calculation of the necessary partial filing fees due from correctional officials; (iii) the court has received partial payments totaling $154.60 towards payment of the $250.00 filing fee leaving a balance of $95.40 owed to complete payment of the filing fee; and (iv) this court has no information with respect to "roll-back deductions" referenced by the plaintiff. The Clerk is hereby DIRECTED to provide the plaintiff information maintained by this court relevant to the partial filing fees received in this case and to furnish the inmate account clerk at Elmore Correctional Facility with a copy of the order entered on October 13, 2005 (Court Doc. No. 4) detailing the manner in which to submit partial payments of the $250.00 filing fee to this court.

Done this 16th day of May, 2007.

       /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE