```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000470
Cashier ID: brobinso
Transaction Date: 09/17/2007
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: PATRICK SMITH
 Case/Party: D-ALM-2-05-CV-000976-001
 Amount:         $12.40
------------------------------------
CHECK
 Check/Money Order Num: 32020
 Amt Tendered:   $12.40
------------------------------------
Total Due:       $12.40
Total Tendered:  $12.40
Change Amt:      $0.00
```