IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2007 OCT 22 A 10: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PATRICK LANCE SMITH #207460,

    PLAINTIFF,

VS.

GWENDOLYN C. MOSELY, ET, AL.,

    DEFENDANTS.

CIVIL ACTION NO. 2:05-cv-976-WO

## MOTION TO OBTAIN INFORMATION

COMES NOW PLAINTIFF, PATRICK LANCE SMITH, IN THE ABOVE STYLED CAUSE HEREIN, PETITION THIS HONORABLE COURT FOR THE INFORMATION REGARDING THE "COURT ORDERED PAYMENT REMITTANCE NOTICE", TO YHE MIDDLE DISTRICT COURT. I"M REQUESTING A COPY FROM THIS HONORABLE COURT, "THE PROCEDURE CONCERNING THIS PARTICULAR-RECIET. THE PLAINTIFF HEREBY REQUEST TO KNOW IF THIS PARTICULAR RECEIT IS FORWARDED TO THE PLAINTIFF, OR ELMORE CORRECTIONAL FACILITY. THIS PARTICULAR-RECEIT SHOWS THE BALANCE OF THIS PLAINTIFF'S FILING FEES. THE "INDICATOR ALSO LET THE COURT KNOW IF BALANCE IS CORRECT. THIS IS THE "SECOND ATTEMPT TO OBTAIN THIS INFORMATION REGARDING THIS RECEIT." PLEASE FORWARD ALL INFORMATION CONCERNING THIS PROCEDURE. THANK YOU FOR YOUR COOPERATION IN THIS MATTER!!!
SPECIAL NOTE: THIS CASE IS STILL CURRENTLY ACTIVE!!!

NAME: PATRICK LANCES SMITH
A.I.S.#207460
DORM: B-2-59A

INSTITUTION: ELMORE CORRECTIONAL FACILITY
ADDRESS: P.O. BOX 8
ELMORE, ALABAMA 36025
RECEIT NO. 4602000128

IT IS SO PRAYED;

RESPECTIVELY SUBMITTED
S _Patrick Lance Smith_ A.I.S.# 207460

SUBSCIIBED AND SWORN
TO ON OCTOBER 18, 2007

S _Arthur Norton_

MY COMMISSION EXPIRES ON 2/12/2011

DETACHMENT

TO WHOM IT MAY CONCERN: DEBORAH P. HACKETT.- DISTRICT COURT CLERK.,

I"M REQUESTING AN INVESTIGATION INTO THE MAIL-FRAUD AND MAIL-TAMPERING OF LEGAL MAIL FROM THIS HONORABLE COURT. ALSO, AN INVESTIGATION INTO THE OVER-CHARGING OF MY FILING FEES BY THIS ADMINISTRATION HERE AT ELMORE CORRECTION AL FACILITY. I HAVE DOCUMENTATION THAT THIS ADMINISTRATION HAS VIOLATED THE FEDDERAL COURT ORDER CONCERNING MY FILING FEES. ALSO, MY "LEGAL MAIL WAS FORGED BY TRH THIS ADMINISTRATION HERE AT ELMORE CORRECTIONAL FACILITY. I HAVE ALL DOCUMENTS PERTAINING TO THESE MATTERS. IN THE FEDERALCIVIL JUDICIAL PROCEDURE ANDRULESIT STATES: RULE 4.1 (B). ENFORCEMENT OF ORDERS: COMMITMENT FOR CIVIL CONTEMPT; (1). AN ORDER OF CIVIL COMMITMENT OF A PERSON HELD TO BE IN CONTEMPT OF A DECREE OR INJUNCTION ISSUED TO ENFORCE THE LAWS OF THE UNITED STATES MAY BE SREVED AND ENFORCED IN ANY DISTRICT. OTHER ORDERS IN CIVIL CONTEMPT PROCEEDINGS SHALL BE SREVED IN YH THE STATE IN WHICH THE COURT ISSUING THE ORDER TO BE ENFORCED IS LOCATED OR ELSEWHERE WITHIN THE UNITED STATES IF NOT MORE THAN 100 MILES FROM THE PLACE AT WHICH THE ORDER TO BE ENFORCED WAS ISSUED. (ADDED APRIL 22,1993, EFF. DECEMBER 1,1993.)

IT IS SO PRAYED;

RESPECTIVELY SUBMITTED
S/ Patrick L Smith   A.I.S.# 207460

SUBSCRIBED AND SWORN
TO ON OCTOBER 18, 2007            MY COMMISSION EXPIRES ON 8/12/2011
S/ Authur Nelson

I, PATRICK LANCE SMITH, BEING DULY SWORN AND DEPOSED TO SAY THAT ALL OF THE FOREGOING PLEADINGS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, AND I SO STATE UNDER PENALTY OF PERJURY. FURTHER THE AFFIANT SAYETH NOT.

S/ Patrick L Smith   A.I.S.# 207460
PATRICK LANCE SMITH A.I.S.#207460
DORM: B-2-59A