IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK SMITH, #207460, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-976-WKW |
| | ) |
| GWENDOLYN C. MOSLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to obtain information regarding collection of the filing fee filed by the plaintiff on October 22, 2007 (Court Doc. No. 24), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent addressed by this order. The plaintiff is hereby advised that the payment/collection of a filing fee from a state inmate is governed solely by the provisions of 28 U.S.C. § 1915(b)(1) and, therefore, no written court policy exists on such matter. In accordance with the directives of the aforementioned statute, the filing fee is obtained by "payments of 20 percent of each preceding month's income and/or funds credited to [the plaintiff's inmate] account" being made to this court by correctional officials. *October 13, 2005 Order - Court Doc. No. 4 at 3.* To this end, "[t]hose persons having custody of the plaintiff shall forward the above described payments from the plaintiff's account to the clerk of this court each time the

amount in the plaintiff's account exceeds $10.00 until the $250.00 filing fee is paid in full." *Id.* The plaintiff is further advised that: (i) receipts from each partial filing fee docketed in this case indicate total payment of the $250.00 filing fee with the last such partial payment having been received on September 17, 2007; (ii) this court has not received an overpayment of the filing fee from correctional officials; (iii) a copy of the receipt for each payment received is provided to the appropriate prison account clerk; and (iv) the court entered final judgment in this case on April 6, 2006 (Court Doc. No. 20).

     The Clerk is hereby DIRECTED to provide the plaintiff with a copy of the docket sheet in this case and a copy of the payment card maintained by the Clerk which contains information relevant to the partial filing fees received in this case. The Clerk shall also furnish the inmate account clerk at Elmore Correctional Facility with a copy of this order and a copy of the payment card which indicates that the $250.00 filing fee in this case has been paid in full.

     Done this 23rd day of October, 2007.

                                                  /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE